1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYON JONES,                          Case No.  2:24-cv-01933-JDP (PC)

12                Plaintiff,

13        v.                                ORDER FOR PAYMENT OF INMATE
                                            FILING FEE
14   J. QUIRING,

15                Defendant.

16

17   To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

18   Sacramento, California 95814:

19        Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory

20   filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of twenty

21   percent (20%) of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b)

22   the average monthly balance in plaintiff's account for the 6-month period immediately preceding

23   the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee,

24   plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of

25   the preceding month's income credited to plaintiff's trust account.  The California Department of

26   Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial filing

27   fee and thereafter payments from plaintiff's prison trust account each time the amount in the

28   account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. §

1

1   1915(b)(2).

2       Good cause appearing therefore, IT IS HEREBY ORDERED that:

3       1.  The Director of the California Department of Corrections and Rehabilitation or a

4   designee shall collect from plaintiff's prison trust account an initial partial filing fee in

5   accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

6   forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

7   name and number assigned to this action.

8       2.  Thereafter, the Director of the California Department of Corrections and Rehabilitation

9   or a designee shall collect from plaintiff's prison trust account monthly payments in an amount

10  equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust

11  account and forward payments to the Clerk of the Court each time the amount in the account

12  exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this

13  action has been paid in full.  The payments shall be clearly identified by the name and number

14  assigned to this action.

15      3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's

16  signed in forma pauperis affidavit on the Director, California Department of Corrections and

17  Rehabilitation, 1515 S Street, Sacramento, California 95814.

18      4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

19  Department of the court.

20  IT IS SO ORDERED.

21

22  Dated:    October 3, 2024                          _____

                                                       JEREMY D. PETERSON
23                                                     UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                          2