UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, | Case No.  2:24-cv-1933-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| J. QUIRING, | |
| Defendant. | |

Plaintiff has filed a request for settlement conference, ECF No. 42, wherein he offers an amount that he is willing to settle the case for.  The motion is denied.  As I explained in my previous order denying a similar, earlier request, plaintiff's refusal to attend a settlement set for October 28, 2025 militates against granting his current motion.  ECF No. 35 at 3.  Additionally, plaintiff has filed a "notice" wherein he argues that the director of the Centers for Disease Control and Prevention is going to violate an unspecified court order and have him poisoned with fentanyl.  ECF No. 43.  There is no requested relief in this "notice," and the allegations therein appear fanciful.

1

It is, therefore, ORDERED that plaintiff's request for settlement conference, ECF No. 42, is DENIED.

IT IS SO ORDERED.


Dated:    May 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2