IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYON JONES,**<br>Plaintiff,<br>**v.**<br>**J. QUIRING, et al. ,**<br>Defendants. | Case No. 2:24-cv-01933-JDP<br>**~~[PROPOSED]~~ ORDER** |

Defendant applied ex parte to continue the pretrial motion deadline, specifically, to file a motion for summary judgment, by 60-days. Good cause appearing, Defendant's Application is **GRANTED.** The Court will continue the current November 27, 2026 deadline and the parties shall file their pretrial motions, if any, on or before January 26, 2027.

IT IS SO ORDERED.

Dated: November 24, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE